JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY KAMERIK, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation; DOES 1-50, inclusive<br><br>  Defendants. | ) CASE NO. CV 11-06920 MMM (MANx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 28, 2013, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of her complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: January 28, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE